ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1344 DSD/JMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **GARNISHMENT ORDER** |
| JAMES CONLEY, Defendant, | ) | |
| CENTRAL TRANSPORT, INC. Garnishee. | ) | |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about May 22, 2001.

On May 22, 2001, garnishee notified the United States that defendant no longer is employed with their establishment.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on May 22, 2001 is hereby released.

Dated: 6/4/01

Judge
United States District Court

FILED JUN 05 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK