ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 1344 DSD/JMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CONLEY,<br><br>Defendant,<br><br>CC MIDWEST,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about August 7, 2001.

On August 27, 2001, garnishee notified the United States that defendant no longer is employed with their establishment.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on August 7, 2001 is hereby released.

Dated: 8-31-01

Magistrate-Judge
United States District Court

FILED AUG 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK